William HILL, Petitioner—Appellant,

v.

Joyce FRANCIS, Warden, Federal Correctional Institution Gilmer; Federal Correctional Institution, Gilmer; Bureau of Prisons, a/k/a B.O.P., a/k/a Federal Bureau of Prisons; Department of Justice, a/k/a Federal Depart-

ment of Justice, a/k/a United States Department of Justice; Office of the Solicitor General of the United States; Roberto Gonzalez, Attorney General of the United States, Respondents—Appellees.

No. 06–7585.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 14, 2006.

Decided: Dec. 22, 2006.

William Hill, Appellant Pro Se.

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Hill, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hill v. Francis,* No. 1:06–cv–00080–IMK, 2006 WL 2519547 (N.D.W.Va. Aug. 29, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented

---

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*